UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**HERMAN, MARY PAT** ) Bankruptcy Case No. 16-06906 ABG
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on _December 30, 2016__, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HERMAN, MARY PAT
15 WOODLAKE BLVD APT 1705
GURNEE, IL 60031


,

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1   Quantum3 Group LLC as agent for
    Comenity Bank
    PO Box 788

|    |    |
|----|----|
|    | Kirkland, WA 98083-0788 |
| 2  | PYOD, LLC its successors and assigns as assignee of FNBM, LLC<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 3  | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 |
| 4  | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 5  | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 6  | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 7  | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 8  | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 |
| 9  | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (TJX)<br>POB 41067<br>Norfolk, VA 23541 |
| 10 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (CARE CREDIT),POB 41067<br>Norfolk, VA 23541 |

<u>/s/ ILENE F. GOLDSTEIN</u>

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402