# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HERMAN, MARY PAT    § Case No. 16-06906
                           §
                           §
                           §
Debtor(s)                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,000.00                    Assets Exempt: $7,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,261.50      Claims Discharged
                                                Without Payment: $9,887.95

Total Expenses of Administration: $2,938.50

---

3) Total gross receipts of $ 7,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,938.50 | 2,938.50 | 2,938.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,149.45 | 14,149.45 | 4,261.50 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,087.95 | $17,087.95 | $7,200.00 |

4) This case was originally filed under Chapter 7 on February 29, 2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2017          By: /s/ILENE F. GOLDSTEIN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Honda CRV, 65,000 miles. Entire property va | 1229-000 | 7,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,470.00 | 1,470.00 | 1,470.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 1,365.00 | 1,365.00 | 1,365.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 40.97 | 40.97 | 40.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.32 | 11.32 | 11.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.28 | 10.28 | 10.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.93 | 10.93 | 10.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,938.50 | $2,938.50 | $2,938.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 451.16 | 451.16 | 135.89 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 726.22 | 726.22 | 218.73 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 719.78 | 719.78 | 216.78 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 483.18 | 483.18 | 145.52 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,840.46 | 3,840.46 | 1,156.66 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,160.56 | 3,160.56 | 951.89 |
| 7 | Capital One NA | 7100-000 | N/A | 46.66 | 46.66 | 14.05 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 120.74 | 120.74 | 36.36 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,067.86 | 2,067.86 | 622.79 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,532.83 | 2,532.83 | 762.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $14,149.45 | $14,149.45 | $4,261.50 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-06906  
**Case Name:** HERMAN, MARY PAT  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/29/16 (f)  
**§341(a) Meeting Date:** 03/31/16  

**Period Ending:** 03/19/17  

**Claims Bar Date:** 07/29/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1  Credit Union: Consumer Credit Union Location: 15<br>Imported from Amended Doc#: 11 | 1,100.00 | 0.00 | | 0.00 | FA |
| 2  Living and dining room set, bedroom set, Panason<br>Imported from Amended Doc#: 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  Regular clothing and shoes and a fur coat.<br>Imported from Amended Doc#: 11 | 0.00 | 0.00 | | 0.00 | FA |
| 4  Misc. costume jewelry and one small diamond ring<br>Imported from Amended Doc#: 11 | 500.00 | 0.00 | | 0.00 | FA |
| 5  2009 Honda CRV, 45,000 miles. Entire property va<br>Imported from original petition Doc# 1 | 8,400.00 | 0.00 | | 0.00 | FA |
| 6  2009 Honda CRV, 65,000 miles. Entire property va<br>(u)<br>Imported from Amended Doc#: 11 | 13,000.00 | 800.00 | | 7,200.00 | FA |
| 6  Assets   Totals (Excluding unknown values) | **$24,000.00** | **$800.00** | | **$7,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**   December 12, 2016  (Actual)

Printed: 03/19/2017 02:20 PM     V.13.30

Case 16-06906    Doc 33    Filed 03/31/17    Entered 03/31/17 14:13:00    Desc Main
Document      Page 7 of 8

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-06906  
**Case Name:** HERMAN, MARY PAT  
**Taxpayer ID #:** **-***3097  
**Period Ending:** 03/19/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/09/16 | {6} | Mary Herman | Sale of Car | 1229-000 | 1,200.00 | | 1,200.00 |
| 06/09/16 | {6} | Michael Herman | Sale of Car | 1229-000 | 6,000.00 | | 7,200.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,190.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,180.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.32 | 7,168.68 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.28 | 7,158.40 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,148.40 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.93 | 7,137.47 |
| 02/03/17 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,470.00, Trustee Compensation;  Reference: | 2100-000 | | 1,470.00 | 5,667.47 |
| 02/03/17 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $40.97, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 40.97 | 5,626.50 |
| 02/03/17 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $1,365.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,365.00 | 4,261.50 |
| 02/03/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid 30.11% on $451.16; Claim# 1; Filed: $451.16; Reference: | 7100-000 | | 135.89 | 4,125.61 |
| 02/03/17 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid 30.11% on $726.22; Claim# 2; Filed: $726.22; Reference: | 7100-000 | | 218.73 | 3,906.88 |
| 02/03/17 | 106 | American InfoSource LP as agent for | Dividend paid 30.11% on $719.78; Claim# 3; Filed: $719.78; Reference: | 7100-000 | | 216.78 | 3,690.10 |
| 02/03/17 | 107 | Capital One Bank (USA), N.A. | Dividend paid 30.11% on $483.18; Claim# 4; Filed: $483.18; Reference: | 7100-000 | | 145.52 | 3,544.58 |
| 02/03/17 | 108 | Capital One Bank (USA), N.A. | Dividend paid 30.11% on $3,840.46; Claim# 5; Filed: $3,840.46; Reference: | 7100-000 | | 1,156.66 | 2,387.92 |
| 02/03/17 | 109 | PYOD, LLC its successors and assigns as assignee | Dividend paid 30.11% on $3,160.56; Claim# 6; Filed: $3,160.56; Reference: | 7100-000 | | 951.89 | 1,436.03 |
| 02/03/17 | 110 | Capital One NA | Dividend paid 30.11% on $46.66; Claim# 7; Filed: $46.66; Reference: | 7100-000 | | 14.05 | 1,421.98 |
| 02/03/17 | 111 | Citibank, N.A. | Dividend paid 30.11% on $120.74; Claim# 8; Filed: $120.74; Reference: | 7100-000 | | 36.36 | 1,385.62 |
| 02/03/17 | 112 | Portfolio Recovery Associates, LLC | Dividend paid 30.11% on $2,067.86; Claim# 9; Filed: $2,067.86; Reference: | 7100-000 | | 622.79 | 762.83 |
| 02/03/17 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 30.11% on $2,532.83; Claim# 10; Filed: $2,532.83; Reference: | 7100-000 | | 762.83 | 0.00 |

Subtotals :    $7,200.00    $7,200.00

{} Asset reference(s)

Printed: 03/19/2017 02:20 PM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 16-06906 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | HERMAN, MARY PAT | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2566 - Checking Account |
| **Taxpayer ID #:** | **-***3097 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 03/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 7,200.00 | 7,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,200.00 | 7,200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,200.00** | **$7,200.00** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******2566** | | 7,200.00 | 7,200.00 | 0.00 |
| | | $7,200.00 | $7,200.00 | $0.00 |